**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MONICA LYNN DAVIS-WILKES,

    Plaintiff,

v.                                Case No. 3:18-cv-663-J-34JRK

KENNETH BRYAN HELMS,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 98; Report) entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 15, 2020. In the Report, Judge Klindt recommends that Plaintiff, Monica Lynn Davis-Wilkes's Motion for Final Default Judgment Against Defendant Kenneth Bryan Helms (Doc. 86) be granted to the extent that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant Kenneth Bryan Helms in the amount of $258,049.90. See Report at 27. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in Judge Klindt's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 98) is **ADOPTED** as the opinion of the Court.

2. Plaintiff, Monica Lynn Davis-Wilkes's Motion for Final Default Judgment Against Defendant Kenneth Bryan Helms (Doc. 86) is **GRANTED** to the extent that the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant Kenneth Bryan Helms in the amount of $258,049.90.

3. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of February, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Kenneth Bryan Helms
636 Cedar Creek Road
Palatka, FL 32177